STATE OF NEW JERSEY v. WILLIAM WOMACK.

March 11, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 564)

STATE OF NEW JERSEY v. JOHN SINGLETARY.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRAN CARTER.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BAYLOR.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL THOMAS PRATHER.

March 11, 1986.

Petition for certification denied.